CLOSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

v.

**Jorge Guzman-Castro**

Citizen of Mexico

USM#: 76100208          DOB: 1986

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15841-001M-SD**

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A88 708 154

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/4/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY-FIVE (25) DAYS on Count ONE, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15841-001M-SD**　　　　　　　　　　　　　　　　　　　　　　　*Page 2 of 2*
*USA vs. Jorge Guzman-Castro*

Date of Imposition of Sentence: **Wednesday, June 4, 2008**

_____ Date 6/4/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____　　　By:_____
United States Marshal　　　　　　　　　　　　　　　　　　　Deputy Marshal
08-15841-001M-SD -

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __6/4/2008__          CASE NUMBER: __08-15841-001M-SD__

## PLEA/SENTENCING MINUTES
USA vs. __Jorge Guzman-Castro__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____    INTERPRETER REQ'D __Ricardo Gonzalez_____
                                                    LANGUAGE: __Spanish_____
Attorney for Defendant __Matthew Johnson (AFPD)__

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

__DOA 6/3/08__          ☒ Complaint Filed          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**          ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**          ☒ Held ☐ Cont'd ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts __ONE__
☐ Defendant states true name to be _____.  Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s)__ONE__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒          ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of__25 Days__  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__    ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

6/3

UNITED STATES OF AMERICA
V.
Jorge GUZMAN-Castro
Citizen of Mexico
YOB: 1986
088708154
Illegal Alien

## CRIMINAL COMPLAINT

CASE NUMBER:   08 - 1584/MSD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 31, 2008, near San Ysidro, California in the Southern District of California, Defendant Jorge GUZMAN-Castro, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

_____
Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

_____June 4, 2008_____    at    _____Yuma, Arizona_____
Date                                                           City and State

Jay R. Irwin,  U.S. Magistrate
Name & Title of Judicial Officer                          Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                    Jorge GUZMAN-Castro

Dependents:                   None

**IMMIGRATION HISTORY:**      The Defendant is an illegal alien and has been apprehended
                              by the Border Patrol on two separate occasions.

**CRIMINAL HISTORY:**         None found.

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 01/02/2008 Washington County Sheriff's Office | Altering ID on Weapon Carrying Concealed Weapon | Disposition Pending Disposition Pending |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was
              encountered by Yuma Border Patrol agents near Palo Verde, California.

              The Defendant was questioned as to his citizenship and immigration status.
              Agents determined that the Defendant is an undocumented National of Mexico
              and illegally in the United States.

              The Defendant was transported to the Yuma station for processing. During
              processing, questioning and computer record checks the above criminal and
              immigration information was obtained as it relates to this Defendant.

              The Defendant last entered the United States illegally without inspection near
              San Ysidro, California on May 31, 2008.

Charges:      8 USC§1325                     (Misdemeanor)

                                             _____
                                             Signature of Complainant

Sworn to before me and subscribed in my presence,

_____June 4, 2008_____              _____
Date                                         Signature of Judicial Officer